Matter of William J. v Jenevia T. (2025 NY Slip Op 00484)

Matter of William J. v Jenevia T.

2025 NY Slip Op 00484

Decided on January 30, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 30, 2025

Before: Kern, J.P., Singh, Kennedy, Rodriguez, Michael, JJ. 

Docket No. P-00594/23 P-00595/23 Appeal No. 3590 Case No. 2024-00735 

[*1]In the Matter of William J., Petitioner-Appellant,
v
Jenevia T., et al., Respondents-Respondents. 

Law Office of Thomas R. Villecco, P.C., New York (Thomas R. Villecco of counsel), for appellant.
Larry S. Bachner, New York, for Jenevia T., respondent.
Muriel Goode-Trufant, Corporation Counsel, New York (Ian M. Sinclair of counsel), for Administration for Children's Services, respondent.
John R. Eyerman, New York, for Rising Ground, respondent.
Dawne A. Mitchell, The Legal Aid Society, New York (Claire V. Merkine of counsel), attorney for the children.

Appeal from order, Family Court, New York County (Valerie A. Pels, J.), entered on or about October 25, 2023, which, after a hearing, granted the motion of the Attorney for the Children to dismiss petitioner's paternity petition on equitable estoppel grounds, unanimously dismissed, without costs, as moot.
The appeal from the order dismissing the paternity petitions has been rendered moot by the adoption of the children by their respective foster mothers (see Matter of Nitthanean R. [Joy R.], 165 AD3d 502, 503-504 [1st Dept 2018]; Matter of Alexis C. [Jacqueline A.], 99 AD3d 542, 543 [1st Dept 2012], lv denied 20 NY3d 856 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 30, 2025